UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  26-80397 |
| JMK5 MALL OF THE MAINLAND LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL NOTICES, PAPERS, AND PLEADINGS**

Please take notice that b1BANK, an interested party in the above-captioned case ("Bank"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through its undersigned counsel and further requests that duplicate notices of all hearings, proceedings, and reports, given or required to be served, be given to and served upon it through its attorneys:

> Joe A.C. Fulcher
> Tara B. Annweiler
> Jennifer J. Nobley
> Greer, Herz & Adams, LLP
> One Moody Plaza, 18th Floor
> Galveston, Texas 77550
> tannweiler@greerherz.com

The foregoing request includes all notices, copies, and pleadings referred to in Bankruptcy Rules 2002, 3016, 3017, 4004, 4007, and 9007, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Bank to (i) have final orders in non-core matters entered only after de

novo review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Dated: June 15, 2026

Respectfully submitted,

s/ Tara B. Annweiler
Joe A.C. Fulcher
Texas State Bar No. 07509320
Tara B. Annweiler
Texas State Bar No. 00783547
Jennifer J. Nobley
Texas State Bar No. 24066557
123 Rosenberg St., 3rd Floor
Galveston, Texas 77550
Email: tannweiler@greerherz.com

OF COUNSEL:
GREER, HERZ & ADAMS, LLP
123 Rosenberg St., 3rd Floor
Galveston, Texas 77550
(409) 797-3200
Fax: (409) 766-6424

ATTORNEYS FOR b1BANK

CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed this June 15, 2026 with the Clerk of Court via the CM/ECF system which will provide automatic electronic notification of such filing to all parties receiving ECF notifications in this case.

/s/ Tara B. Annweiler
Tara B. Annweiler

502979.1                                   2