**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JMK5 MALL OF THE MAINLAND, LLC** | § | **CASE NO. 26-80397** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**THIS MOTION SEEKS AND ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOTIVE PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

JMK5 Mall of the Mainland, LLC (the "**Debtor**"), files this *Debtor's Motion to Extend Time to File Schedules and Statements of Financial Affairs* (the "**Motion**"). In support of the Motion, the Debtor respectfully states as follows:

1. This Court has jurisdiction over the Motion under title 28, sections 157 and 1334 of the United States Code. Venue is proper in this Court under title 28, sections 1408 and 1409. This is a core matter under title 28, section 157.

2.      The Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code on June 2, 2026 (the "**Petition Date**").

3.      The Debtor continues to operate its business as debtor-in-possession pursuant to sections 1182(b) and 1184 of the Bankruptcy Code. The U.S. Trustee has not appointed an examiner. No official committee of unsecured creditors has been formed.

4.      Pursuant to Federal Rules of Bankruptcy Procedure 1007(c), the Debtor's Schedules and Statement of Financial Affairs are due, June 16, 2026.  Debtor requests an extension of time to file its Schedules and Statements of Financial Affairs until June 26, 2026.

5.      Debtor and Debtor's counsel believe an extension is necessary due to the complex nature of the Debtor's business and the other financial documents required by the Court and the United States Trustee.  The bankruptcy filing has placed burdens upon the Debtor's accounting staff. The Debtor's Vice President has been working diligently to comply with the requests for necessary information and documentation from Debtor's counsel.

6.      Debtor believes it is in the best interest of its estate to extend time for filing its Schedules and Statement of Financial Affairs because it will enable the Debtor sufficient time to gather all of the necessary information and will assure that the Statement of Financial Affairs and Schedules will be accurate.

7.      Federal Rule of Bankruptcy Procedure 1007(c) provides that an extension of time may be granted to file Schedules and the Statement of Financial Affairs "only on motion cause shown and on notice to the United States trustee, any committee elected under § 705 or appointed under § 1102 of the Code, trustee, examiner or other party as the court may direct."  Debtor is serving this Motion on the United States Trustee, Debtor's twenty largest unsecured creditors, any parties who requested special notice and other parties as set forth in the proof of service of the Motion.

WHEREFORE, the Debtor prays for this Court to grant the Debtor's Motion to Extend Time to File Schedules and Statement of Affairs; that the time for filing the Debtor's Schedules and Statement of Affairs be extended to June 27, 2026, and for such other and further relief to which Debtor may be entitled.

Dated: June 15, 2026

Respectfully submitted,

**FUQUA & ASSOCIATES, PC**

By:  /s/ *Richard Fuqua*
Richard Fuqua
8558 Katy Freeway, Suite 119
Houston, TX 77024
Phone: 713-960-0277
Fax: 713-960-1064
Email: RLFuqua@FuquaLegal.com

**PROPOSED COUNSEL FOR THE DEBTOR JMK5 MALL OF THE MAINLAND LLC**