

CITY OF TEXAS CITY
PO BOX 3837
TEXAS CITY, TX 77592-3837
(409) 643-5923

**UTILITY BILL**
**REMIT PORTION**
Please write your Account Number on your check
and enclose this portion of bill with your payment.

| Service Address | Bill Number | Account # - Customer # | Current Billing Due Date | Amount Due |
|---|---|---|---|---|
| MALL SVC 1 | 2599509 | 25715 - 30922 | 07/07/2026 | $5,799.12 |
| | | | **Disconnect Date** | **Amount Due** |
| | | | 07/14/2026 | $5,908.45 |

MAINLAND CITY CENTRE /P
10000 EMMETT F LOWRY EXPY
STE 3000-100A
TEXAS CITY, TX 77591

0018604202630259950930000579912 7

 Detach and return the portion above with your payment ✂



CITY OF TEXAS CITY
PO BOX 3837
TEXAS CITY, TX 77592-3837
(409) 643-5923

**UTILITY BILL**
**Customer Copy**
Keep this portion for your records

**NOTE: Please read the back of your bill for important information concerning your water bill.**

| Customer Name | Service Address | |
|---|---|---|
| MAINLAND CITY CENTRE /P | MALL SVC 1 | |

| Bill Number | Bill Date | Account Number - Customer Number | Current Billing Due Date |
|---|---|---|---|
| 2599509 | 06/03/2026 | 25715 - 30922 | 07/07/2026 |

| Description | Meter | Previous Read Date | Current Read Date | Previous Meter Reading | Current Meter Reading | Read Code | Usage (1000 gal.) | Charge |
|---|---|---|---|---|---|---|---|---|
| WATER | 221815910 | 04/26/2026 | 05/26/2026 | 2941 | 3009 | A | 68 | $544.28 |
| SEWER | | | | | | | | $299.00 |

| HISTORY PERIOD | BILLED USAGE |
|---|---|
| CURR | 68 |
| 04/26 | 99 |
| 03/26 | 91 |
| 02/26 | 93 |
| 01/26 | 65 |
| 12/25 | 59 |
| 11/25 | 65 |
| 10/25 | 64 |
| 09/25 | 68 |
| 08/25 | 75 |
| 07/25 | 77 |
| 06/25 | 97 |
| 05/25 | 126 |

READ CODE:
A = Actual
E = Estimate
F = Final
W = Water Co. Estimate

| | |
|---|---|
| Total Current Billing | $843.28 |
| Past Due Balance | $4,955.84 |
| Total Amount Due | $5,799.12 |
| Total Due After Due Date | **$5,883.45** |
| On or After Disconnect Date | **$5,908.45** |

CITY OFFICES WILL BE CLOSED FRIDAY, JUNE 19th AND FRIDAY, JULY 3rd IN OBSERVANCE OF THE HOLIDAYS. 2026 DRINKING WATER CONSUMER CONFIDENCE REPORT IS NOW AVAILABLE. VISIT THE LINK BELOW OR CALL 409-359-5505 HTTPS://WWW.TEXASCITYTX.GOV/ARCHIVE.ASPX?AMID=42&TYPE=&ADID=

PLEASE MAKE CHECKS PAYABLE TO:
**City of Texas City**

Mail to:

City of Texas City
Water Department
P.O. Box 3837
Texas City, TX  77592-3837

*Customer Service/Water Billing Department*
<u>IMPORTANT INFORMATION PLEASE READ</u>

1. THE WATER BILL IS DUE UPON RECEIPT BUT CAN BE PAID WITHOUT PENALTY IF PAID ON OR BEFORE CURRENT BILLING DUE DATE AS STATED ON THIS BILL.  YOU WILL NOW HAVE 30 DAYS TO PAY INSTEAD OF THE PREVIOUS 15 DAYS.  HOWEVER, A SECOND NOTICE WILL **NOT** BE SENT AS THE DISCONNECT DATE IS ALSO STATED ON THIS BILL.

2. A 10% PENALTY WILL BE ASSESSED ON THE NEXT BUSINESS DAY IF PAYMENT IS NOT POSTED TO THE ACCOUNT BY 5PM ON THE CURRENT BILLING DUE DATE.

3. PAYMENTS MUST BE POSTED TO THE ACCOUNT **BEFORE** THE DISCONNECT DATE TO AVOID INTERRUPTION OF SERVICE AND/OR A SERVICE FEE OF $25.  THE SERVICE FEE IS ADDED TO THE ACCOUNT AT THE TIME THE DISCONNECT LIST IS GENERATED AND WILL NOT BE WAIVED, EVEN IF THE WATER IS NOT YET DISCONNECTED.  DROPPING A PAYMENT IN THE AFTER HOURS DEPOSIT BOX IS NOT CONSIDERED POSTED TO THE ACCOUNT.

4. ON OR AFTER DISCONNECT DATE, ALL PAST DUE CHARGES/FEES MUST BE PAID BY CASH, DEBIT, OR CREDIT CARD BEFORE SERVICES WILL BE RESTORED.  IF PAYMENT IS NOT POSTED TO THE ACCOUNT WITHIN 5 DAYS OF DISCONNECT, THE ACCOUNT WILL BE FINALED AND THE DEPOSIT WILL BE APPLIED.

5. IT IS ILLEGAL TO REMOVE THE YELLOW TAG FROM THE METER AND TURN THE METER BACK ON WITHOUT PROPER PAYMENT.  IF IT IS DISCOVERED THAT THE METER IS TURNED BACK ON WITHOUT PAYMENT, THE METER WILL BE PULLED AND A FEE OF $100 WILL BE ADDED TO THE ACCOUNT.  YOU COULD ALSO FACE PROSECUTION FOR THEFT OF UTILITY SERVICES.

6. AN AFTER HOURS DEPOSIT BOX IS LOCATED IN THE LIBRARY DRIVE-THRU.  PAYMENTS DROPPED AFTER 8 A.M. WILL BE POSTED ON THE NEXT BUSINESS DAY.  PAYMENTS MAY ALSO BE MADE ONLINE AT WWW.TEXASCITYTX.GOV OR OVER THE PHONE FOR A FEE.  IF YOU ARE MAKING A PAYMENT ON A DISCONNECT DATE, PLEASE CALL CUSTOMER SERVICE AT 409-643-5923 TO NOTIFY THEM OF YOUR PAYMENT.