**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| JMK5 Mall of the Mainland LLC, | § | Case No. 26-80397 (ARP) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS BY JACKSON WALKER LLP**
**AS ATTORNEY FOR PLAINS STATE BANK**

PLEASE TAKE NOTICE that the undersigned law firm of Jackson Walker LLP hereby appears in the above-captioned case on behalf of **Plains State Bank**, a creditor and a party-in-interest, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Bruce J. Ruzinsky
Email: bruzinsky@jw.com
Victoria Argeroplos
Email: vargeroplos@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4204 (Telephone)
(713) 308-4134 (Facsimile)

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, plan, disclosure statement, petition, request, complaint or demand,

#55544653v1<JWDOCS> - NOA V. Argeroplos JMK5 Mall of the Mainland LLC

whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest.

PLEASE TAKE FURTHER NOTICE that this Notice is not intended to be, and shall not constitute, consent by Plains Sate Bank to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Plains State Bank is, or may be entitled, under agreements, in law or in equity, are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

- 3 -

Dated: June 25, 2026

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Bruce J. Ruzinsky*

Bruce J. Ruzinsky
State Bar No. 17469425
Federal ID No. 5037
Victoria Argeroplos
State Bar No. 24105799
Federal ID No. 3136507
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752 - 4200 (Telephone)
(713) 308 - 4134 (Facsimile)
Email: bruzinsky@jw.com
Email: vargeroplos@jw.com

**ATTORNEYS FOR PLAINS STATE BANK**

#55544653v1<JWDOCS> - NOA V. Argeroplos JMK5 Mall of the Mainland LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify and verify that on June 25, 2026 the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice.

By: <u>/s/ *Bruce J. Ruzinsky*</u>
Bruce J. Ruzinsky

- 4 -