**UNITED STATES BANKRUPTCY COURT**          **SOUTHERN DISTRICT OF TEXAS**

**IN RE:** JMK5 Mall of the Mainland LLC      §
                                              §
          **Debtor(s)**                       §
                                              §      **BANKRUPTCY CASE NUMBER**
                                              §
                                              §       3:26-bk-80397
                                              §

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    **Please take notice that** Stacy Teel                                                            ,

**Creditor in the above-captioned and numbered case, hereby requests that notice of all matters**

**arising in this case of which notice is sent to any creditor, party in interest, creditors'**

**committee or a member of any creditors' committee be sent to** Ms. Teel's Attorney, Patrick Yarborough,

of Foster Yarborough Killingsworth PLLC, 440 Louisiana Street, Suite 1800, Houston, TX 77002,

713-331-5254 (telephone), 713-513-5202 (fax), patrick@fyktriallaw.com                                   .

**DATED:** June 29, 2026                      _____
                                              **Signature**


                                              D. Patrick A. Yarborough
                                              **Print Name**


                                              Foster Yarborough Killingsworth PLLC
                                              **Address**
                                              440 Louisiana Street, Suite 1800, Houston, TX 77002


                                              patrick@fyktriallaw.com

**SDTX (appear.ntc)**
**02/03/98**