**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| **JMK5 MALL OF THE MAINLAND LLC,** | § | **26-80397** |
| | § | |
| **DEBTOR.** | § | **Chapter 11** |

**CORRECTED NOTICE OF HEARING AND CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that a hearing will be held on **July 10, 2026 at 11:00 a.m.** (Central Standard Time) before the Honorable Alfredo R. Perez, via telephone and video conference only, to consider the following:

**U.S. TRUSTEE'S EXPEDITED MOTION TO CONVERT CASE TO CHAPTER 7 [Doc. No. 19]**

**PLEASE TAKE NOTICE** that in order to participate electronically, parties must follow the instructions set forth on Judge Perez's web page located at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Perez at **832-917-1510,** conference room number 282694 **AND** (ii) log on to **GoToMeeting** for video appearances and witness testimony. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

Date: July 7, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ Vianey Garza*
Vianey Garza
Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
515 Rusk, Suite 3516
Houston, TX  77002
Telephone:  (713)718-4663
Facsimile:  (713)718-4670

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following parties by United States Mail, first class, postage prepaid, by email, or ECF transmission or before July 7, 2026

/s/ <em>Vianey Garza</em>
Vianey Garza

<u>DEBTOR</u>:
JMK5 Mall of the Mainland LLC
308 W Parkwood Ave
Suite 104A
Friendswood, TX 77546

<u>DEBTORS' COUNSEL</u>:
Richard L. Fuqua, II                    (Via ECF and Email at: fuqua@fuqualegal.com)
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
Houston, TX 77024

2