**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-80397** |
| **JMK5 Mall of the Mainland LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST**

| **Main Case No: 26-80397** | **Name of Debtor**: JMK5 Mall of the Mainland LLC |
|---|---|
| | |
| **Witnesses**:<br>1. Jarome Karam<br>2. Any witness called or designated by the Debtors<br>3. Any witness necessary to rebut testimony of a witness called or designated by the Debtors | **Judge**: Alfredo R Perez<br>**Courtroom Deputy**: Garrett Cole<br>**Hearing Date**: July 10, 2026<br>**Hearing Time**: 11:00 a.m.<br>**Party's Name**: Kevin Epstein, U.S. Trustee<br>**Attorney's Name**: Vianey Garza<br>**Attorney's Phone**: 202-322-7086 |
| **Nature of Proceeding**: Hearing on *U.S. Trustee's Expedited Motion to Convert Case to Chapter 7* [ECF No. 19]. | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | JMK5 Mall of the Mainland LLC's Schedules [ECF No. 17] | | | | |
| 2. | JMK5 Mall of the Mainland LLC's Statement of Financial Affairs [ECF 16-2] | | | | |
| 3. | JMK5 Mall of the Mainland LLC's Collateral Assignment of Rents and Leases recorded on April 6, 2021 | | | | |
| | Any document, pleading, exhibits, transcripts, orders, or other documents filed in the above captioned bankruptcy cases | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |  |  |  |  |
|  | Any exhibit identified or offered by any other party |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated:  July 8, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:  /s/ Vianey Garza
Vianey Garza
Texas Bar No. 24083057
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4661
(713) 718-4670 Fax
Email: vianey.garza@usdoj.gov