**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| JMK5 Mall of the Mainland LLC, | § | Case No. 26-80397 (ARP) |
| | § | |
| Debtor. | § | |
| | § | |

**PLAINS STATE BANKS' WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR JULY 10, 2026 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

Plains State Bank files this Witness and Exhibit List for the hearing to be held on July 10, 2026 at 11:00 a.m. (prevailing Central Time) (the "Hearing") as follows:

**WITNESSES**

Plains State Bank may call the following witnesses at the Hearing:

1. Bruce Mercer, Plains State Bank;

2. Corporate representative of the Debtor;

3. Any witness listed by any other party;

4. Rebuttal witnesses as necessary; and

5. Plains State Bank reserves the right to cross-examine any witness called by any other party.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|---|
| **1.** | First Lien Loan Agreement (Loan X3500) | | | | |
| **2.** | First Lien Note (Loan X3500) | | | | |
| **3.** | First Lien Deed of Trust and Security Agreement (Loan X3500) | | | | |

- 1 -

- 2 -

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 4. | First Lien Guaranty Agreement (Loan X3500) | | | | |
| 5. | Second Lien Loan Agreement (Loan X9900) | | | | |
| 6. | Second Lien Note (Loan X9900) | | | | |
| 7. | Second Lien Deed of Trust and Security Agreement (Loan X9900) | | | | |
| 8. | Second Lien Guaranty Agreement (Loan X9900) | | | | |
| 9. | Third Lien Loan Agreement (Loan X7500) | | | | |
| 10. | Third Lien Note (Loan X7500) | | | | |
| 11. | Third Lien Deed of Trust and Security Agreement (Loan X7500) | | | | |
| 12. | Third Lien Guaranty Agreement (Loan X7500) | | | | |
| 13. | Foreclosure Bid Price Memo (Payoff as of the Petition Date) | | | | |
| 14. | Accounting of Rent Checks Received | | | | |
| 15. | February 25, 2026 Demand Letter to Debtor | | | | |
| 16. | February 25, 2026 Demand Letter to Tenant Workforce Solutions – Texas City | | | | |
| 17. | February 25, 2026 Demand Letter to Tenant Upbring Headstart | | | | |
| 18. | February 25, 2026 Demand Letter to Tenant Stuttgarden Tavern | | | | |
| 19. | February 25, 2026 Demand Letter to Tenant Marquee at the Mainland | | | | |
| 20. | February 25, 2026 Demand Letter to Tenant Hoppe's Grill | | | | |
| 21. | February 25, 2026 Demand Letter to Tenant Odyssey Academy | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

- 2 -

- 3 -

## <u>RESERVATION OF RIGHTS</u>

Plains State Bank reserves the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: July 8, 2026,

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Bruce J. Ruzinsky*

Bruce J. Ruzinsky
State Bar No. 17469425
Federal ID No. 5037
Victoria Argeroplos
State Bar No. 24105799
Federal ID No. 3136507
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752 - 4200 (Telephone)
(713) 308 - 4134 (Facsimile)
Email: bruzinsky@jw.com
Email: vargeroplos@jw.com

**ATTORNEYS FOR PLAINS STATE BANK**

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify and verify that on July 8, 2026, the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice.

By: <u>/s/ *Bruce J. Ruzinsky*</u>
Bruce J. Ruzinsky

#55706771v1<JWDOCS> - WE for 7/10/26 Hearing