**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-80397** |
| | § | |
| | § | |
| **JMK5 MALL OF THE MAINLAND, LLC,** | § | **CHAPTER 11** |
| **Debtor** | § | |
| | § | |
| | § | |
| | § | **JUDGE ALFRED R. PEREZ** |
| **Debtor(s)** | § | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the firm listed below hereby appears as counsel for Greenworks Lending, LLC, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, hereby request that all notices, papers and pleadings in this case be mailed to or served upon the undersigned, regardless of whether the Court limits the mailing of notices:

> Kyle L. Dickson
> 2200 Space Park Drive, Suite 350
> Houston, Texas 77058
> Tel: (281) 488-0630
> Fax: (281) 488-2039.
> Email: *kdickson@murray-lobb.com*

This request encompasses all notices, copies and pleadings referred to in Federal Rules of Bankruptcy Procedure 2002 and 9007 of the Bankruptcy Rules, including, without limitation, notices of any further orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans and other documents brought before this Court in this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail,

1

delivery, telephone, telegraph, telecopy, telefax, telex or otherwise, which effect or seek to effect the captioned proceeding.

DATED: July 8, 2026

Respectfully submitted,

MURRAY | LOBB, PLLC

By:___*/s/Kyle Dickson*_____

Kyle L. Dickson
Southern District Bar No. 13441
State Bar No. 05841310
2200 Space Park Drive, Suite 350
Houston, Texas 77058
Tel:     (281) 488-0630
Fax:     (281) 488-2039
Email:  *kdickson@murray-lobb.com*

ATTORNEYS FOR GREENWORKS
LENDING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served upon Debtor and/or Debtor's counsel, the U.S. Trustee, and on all other parties registered to receive notice via the Court's ECF notification system on July 8, 2026.

*/s/Kyle Dickson*_____
Kyle L. Dickson

2