# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-80397** |
| | § | |
| | § | |
| **JMK5 MALL OF THE MAINLAND, LLC,** | § | **CHAPTER 11** |
| *Debtor* | § | |
| | § | |
| | § | |
| | § | **JUDGE ALFRED R. PEREZ** |

## GREENWORKS LENDING, LLC'S WITNESS & EXHIBIT LIST

| Main Case No: 26-80397 | | Name of Debtors: | JMK5 Mall of the Mainland LLC |
|---|---|---|---|
| | | Judge: | Alfredo R. Perez |
| | | Courtroom Deputy: | Garrett Cole |
| WITNESSES: | | Hearing Date: | July 10, 2026 |
| 1. Jarome Karam | | Hearing Time: | 11:00 a.m. |
| | | **Party's Name:** | **Greenworks Lending LLC** |
| | | Attorney's Name: | Kyle L. Dickson |
| | | Attorney's Phone: | (281) 488-0630 |
| Any witness called by other parties.  Rebuttal witnesses. | | Nature of Proceeding: | Hearing on *U.S. Trustee's Expedited Motion to Convert Case to Chapter 7 [ECF No.19]*. |

## EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Pace Owner Contract | | | | |
| B | Financing Agreement | | | | |
| C | Lender Consent to Pace Assessment | | | | |
| | | | | | |
| | Any Rebuttal Exhibits | | | | |
| | Any Exhibits Offered by Other Parties | | | | |

1