**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| JMK5 Mall of the Mainland LLC, | § | Case No. 26-80397 (ARP) |
| | § | |
| Debtor. | § | |
| | § | **Re: Docket No. 19** |

**PLAINS STATE BANK'S RESPONSE TO THE U.S. TRUSTEE'S**
**EXPEDITED MOTION TO CONVERT CASE TO CHAPTER 7**

Plains State Bank files this Response to the *U.S. Trustee's Expedited Motion to Convert Case to Chapter 7* [Docket No. 19] (the "Motion") and respectfully shows as follows:

1.      Plains State Bank ("PSB") is a secured lender to JMK5 Mall of the Mainland LLC (the "Debtor") through three (3) prepetition loans. All three loans matured on April 1, 2026, following years of difficulty getting payments out of the Debtor. As the U.S. Trustee observes in the Motion, PSB has posted the Debtor's property, the Mall of the Mainland a/k/a Mainland City Centre (the "Property"), for foreclosure many times. In fact, since mid-2023 the only way PSB has been able to receive any payment on the loans is by sending a demand letter and posting the Property for foreclosure. The balance of all three loans as of June 2, 2026 (the "Petition Date"), exclusive of legal fees, is $8,660,203.58, with an aggregate per diem of $1,451.32 at the contract rate of interest, making PSB the largest creditor in this case.

2.      The Debtor has failed to maintain any insurance on the Property for at least six months, and before that, the Debtor had insufficient insurance coverage on the Property. The last time the Debtor had coverage that complied with the loan documents—hazard and liability insurance covering the lesser of the loan amount or the full appraised value of the Property—was in July 2024. After the expiration of that insurance policy in July 2024, the Debtor only obtained $5 million worth

- 1 -

of coverage for the Property, not even enough to cover the loan amount. This non-compliant insurance expired at the end of 2025. To PSB's knowledge, the Debtor has not had insurance on the Property at all during 2026.

3.     PSB has obtained its own force-placed insurance coverage to protect PSB against loss of its own interest in the Property. Coverage is approximately $9,200,000 and only PSB is the named insured.

4.     Given the difficult history with the Debtor, this Court's oversight is a great benefit to PSB and all parties in interest. PSB does not want this case to be dismissed.

5.     Debtor's counsel has indicated that the Debtor may be on the cusp of obtaining a real deal purchase offer for the Property in an amount sufficient to pay all legitimate claims in full. PSB believes that the interests of creditors will be best served by the Property getting sold as soon as possible.

6.     If the Court is going to allow the Debtor to continue managing its business under 11 U.S.C. § 1108, such authority should be subject to significant conditions, including (but not limited to) full compliance with the Debtor's fiduciary duties, and a drop-dead date for conversion of the case on September 2, 2026 (90 days after the Petition Date) if the Debtor does not obtain a real deal earnest money contract for the sale of the Property for a purchase price in an amount greater than all taxes and secured and priority claims, with no conditions upon closing, with significant non-refundable earnest money received by September 2, 2026, and closing to occur by November 6, 2026.

7.     PSB supports a timely sale of the Property and payment to creditors in 2026. If the Debtor fails to quickly do what is necessary to achieve that result, then the case should be converted to chapter 7.

- 3 -

Dated: July 9, 2026,

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Victoria Argeroplos*
       Bruce J. Ruzinsky
       State Bar No. 17469425
       Federal ID No. 5037
       Victoria Argeroplos
       State Bar No. 24105799
       Federal ID No. 3136507
       1401 McKinney Street, Suite 1900
       Houston, Texas 77010
       (713) 752 - 4200 (Telephone)
       (713) 308 - 4134 (Facsimile)
       Email: bruzinsky@jw.com
       Email: vargeroplos@jw.com

**ATTORNEYS FOR PLAINS STATE BANK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify and verify that on July 9, 2026, the forgoing was served via CM/ECF to all parties registered to receive electronic notice.

By: */s/ Victoria Argeroplos*
     Victoria Argeroplos

- 3 -