Howard Marc Spector
TBA#00785023
S.D. TEX. Bar No. 23274
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**TAXCORE LENDING, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JMK5 Mall of the Mainland LLC** | § | **CASE NO. 26-80397** |
| | § | |
| | § | |
| **Debtor** | § | |

**NOTICE OF APPEARANCE**

TaxCore Lending, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon its attorney:

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

-1-

-2-

Submitted on July 9, 2026.

                                    /s/   *Howard Marc Spector*
                                    Howard Marc Spector
                                    TBA#00785023
                                    S.D. TEX. Bar No. 23274
                                    Spector & Cox, PLLC
                                    12770 Coit Road, Suite 850
                                    Dallas, Texas 75251
                                    (214) 365-5377
                                    FAX: (214) 237-3380
                                    hspector@spectorcox.com

                                    ATTORNEY FOR
                                    TAXCORE LENDING, LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on July 9, 2026.

                                       /s/  *Howard Marc Spector*
                                    Howard Marc Spector

JMK5 Mall of the Mainland LLC
308 W Parkwood Ave, Ste 104A
Friendswood, TX 77546

Fuqua & Associates, PC
8558 Katy Freeway, Suite 119
Houston, TX 77024

Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002