Exhibit "A"

# JMK5 Mall of The Mainland LLC

**Presented By:**

## Davis Blystone

**&**

## Jerry Blystone, CIC

**July 9, 2026**

# TEXAS FIRST INSURANCE

**Texas City Location:**
7900 Emmett F. Lowry Expressway
Texas City, TX 77591

**Houston Location:**
11757 Katy Frwy., Ste. 100
Houston, TX 77079

**Conroe Location:**
1965 S Loop 336 W
Conroe, TX 77304

(409) 934-8000 **|** (800) 561-5211

**www.texasfirst.insurance**

**Texas First Insurance**
**Service Team for JMK5 Mall of The Mainland LLC**

**Davis Blystone**
**Executive Producer**
**409-934-8029**
**davis.blystone@texasfirst.insurance**

**Jerry Blystone, CIC**
**Executive Producer**
**409-934-8027**
**jerry.blystone@texasfirst.insurance**

**Patsy Beall, ACSR**
**Commercial Account Manager**
**409-934-8034**
**patsy.beall@texasfirst.insurance**

**Diego Gomez**
**Commercial Account Associate**
**409-934-8054**
**diego.gomez@texasfirst.insurance**

**Collin Cole, TIIA, CISR, CIC**
**Commercial Lines Department Manager**
**409-934-8030**
**collin.cole@texasfirst.insurance**

**Anthony Hernandez, TIIA, CISR, CIC**
**Commercial Associates Supervisor**
**409-934-8019**
**anthony.hernandez@texasfirst.insurance**

**Sheila Gillespie**
**Chief Operations Officer**
**409-934-8037**
**sheila.gillespie@texasfirst.insurance**

**Tommy Price, CIC**
**Commercial Lines Marketing Manager**
**409-934-8012**
**tommy.price@texasfirst.insurance**

**Jennifer Mitchell**
**Surety Department Manager**
**409-934-8052**
**jennifer.mitchell@texasfirst.insurance**

**Debbie Ervin**
**Personal Lines Manager**
**409-934-8049**
**debbie.ervin@texasfirst.insurance**

**Brent Barclay, CIC**
**Employee Benefits Marketing Manager**
**409-934-8017**
**brent.barclay@texasfirst.insurance**

**Bryan Burkhart, CIC**
**President**
**409-934-8013**
**bryan.burkhart@texasfirst.insurance**

**Jerry Blystone, CIC**
**Chief Executive Officer**
**409-934-8027**
**jerry.blystone@texasfirst.insurance**

## Service Considerations

**About Texas First Insurance**
Texas First Insurance, founded in 1925, is one of the largest independent insurance agencies in Galveston County and Southeast Texas. Dedication to professionalism is demonstrated by the level of education provided to our staff. Multiple designations are held including Certified Insurance Counselors (CIC), Accredited Customer Service Representative (ACSR), Texas Independent Insurance Adviser (TIIA), Certified Insurance Service Representative (CISR), and Construction Risk and Insurance Specialist (CRIS).

**Risk Management**
Insurance is only one part of your total risk control program. Training, certifications, and loss control services are critical to protecting your company and employees. Through our relationships with loss control consultants, you have access to a comprehensive array of services that can be tailored to meet your needs.

**Human Resource Services**
One of the most overlooked areas of a business is with compliance with labor laws, policies, procedures, and training. Let Texas First put you with a human resource expert to help reduce your exposure to potential fines, penalties, and lawsuits.

**Employee Benefits**
Our nationally recognized benefits department can provide you a strategy for a cost-effective program that will assist you in employee recruitment and retention. Our service team will assist you and your employees with enrollment, claims, and service issues.

**Surety Bonding**
Surety Bonds are a highly specialized line of business, so Texas First created a department exclusively focused on the surety bonding needs of our clients. Our staff has extensive surety company underwriting experience, which allows us to provide industry specific knowledge and better timely service.

**Claims Management**
We maintain a full-time claims department in our office. Simply report the claim and we handle all the work.

**24/7 Internet Access**
We can provide our clients with 24/7 internet access to online certificates of insurance and auto ID cards with InsurLink.

## Commercial Property

Company Name:    Certain Underwriters at Lloyds, London
Policy Term:        One Year
Annual Premium:   $188,748.51Estimated*

* Including Fees and Taxes

**Total Insured Value:  $22,831,494**

**Location:        10000 Emmett F Lowry Expressway            (Mall)**

| Limits | Property Description | Deductible Per Occurrence |
|---|---|---|
| $21,000,000 | Building | See Below |
| $ 1,081,494 | Business Personal Property | See Below |
| $ 750,000 | Business Income | See Below |

**Deductible:**    $10,000 Per Occurrence, Per Item for All Covered Perils Except 5% Per Occurrence, Per Item for Damages Caused by a Named Storm, Subject to a $100,000 Minimum; $100,000 Per Occurrence, Per Item for Damaged Caused by All Other Windstorm or Hail Damage
Time Element – 72 Hours Per Occurrence

**Covers:**    Special Form Including Theft
Real Property - Replacement Cost Valuation
Actual Cash Value for Roof or Roof Coverings Older than 12 Years
Business Personal Property – Replacement Cost
No Co-Insurance Provision
Equipment Breakdown
Time Element Actual Loss Sustained Subject to 1/12 Monthly Limit of Indemnity

## Commercial Property (Continued)

**Subject To:**
Signed Acord Application
Signed Co-Insurance Explanation Form
Signed Terrorism Form
Signed Flood Notice
Signed Fraud Warning Notice
Favorable Inspection
No material exposure change or (ii) further deterioration of the loss record.
In the event of a moratorium applicable to the risk for which insurance is sought, coverage cannot be bound without prior underwriter approval
Receipt of five years hard copy loss runs valued within 90 days of inception date confirming no losses
Receipt and our approval of a CURRENT rent roll
Confirmation of no EIFS on covered property.
If Equipment Breakdown Offered, SRU does not provide Jurisdictional Inspection services.

**Special Conditions:**
35% Minimum Earned Premium
CAT Minimum Earned Premium – This Policy Contains a Wind Season Penalty – If Coverage Exists at Any Point in Time from June 1 to November 1 for Any 1 – Year Policy Term, The Amount of Premium to Be Returned Will Be a Percentage of The Total Premium as Follows:

| Days Policy in Force | Unearned Factor |
|---|---|
| 1 to 180 | 28.0% |
| 181 to 210 | 22.0% |
| 211 to 240 | 17.0% |
| 241 to 270 | 13.0% |
| 271 to 300 | 9.0% |
| 301 to 330 | 4.0% |
| 331 to 365 | 0.0% |

## Commercial Property (Continued)

**Special Conditions Continued:**   Protective Safeguards - Applies to locations as reported on the Schedule of Values: Automatic Sprinkler System

Protective Safeguards Applies to all locations: (a) Heating, Ventilation, and Air Conditioning – (i) unit(s) serviced annually, (ii) in operation or running at all times, and (iii) constant minimum temperature of 55 degrees; (b) any aluminum wiring in buildings are properly pigtailed or retrofitted with CO/AL receptacles on all switches, outlets and circuit breaker panels and in accordance with local electrical codes.

Contract Allocation

Additional Sublimit: Cyber Liability: $100,000 per occurrence ($1,000 Deductible per occurrence per SRU-089)

Coverage Territory Limitation Redefined

**Standard Exclusions:**   Refer to Policy Terms and Conditions

**Special Exclusions:**   Terrorism – If Rejected
Flood and Storm Surge
Earthquake/Earth Movement
Electronic Date Recognition
Biological Or Chemical Materials
Radioactive Contamination Clause Physical Damage – Direct (U.S.A.)
Land, Water and Air
Seepage And/or Pollution And/or Contamination
Asbestos
Property Cyber and Data
Mold
Pre-Existing Damage
Sinkhole
Exterior Insulation and Finish Systems (EIFS)
Cosmetic Loss or Damage
Communicable Disease
U.S. Treasury Department's Office of Foreign Assets Control – "OFAC"

**Optional:**   Terrorism Risk Insurance Act of 2002 (and Amended) Coverage can be Added for an Estimated Additional Premium of $9,355.21 Annually

# Co-Insurance Explanation

The success of any fire insurance program is measured by its effectiveness following an insured loss.  Thus, in establishing adequate coverage, one must have firsthand information as to the insurable values at risk.  Book values do not fulfill this purpose.  Insurable values are the present-day replacement costs with proper allowance for depreciation.  Since replacement costs fluctuate, it is necessary to keep a constant check on insurance values.

The insurance applying in the following example is subject to the 80% co-insurance clause.  Under the terms of this clause, you should insure the property at risk to the stipulated percentage of value.  If you fail to do so, you will not be fully reimbursed for any loss that may occur.  The manner in which the co-insurance clause would operate in the event of a partial loss is illustrated below and is hypothetical.

**Example:**

| Insurable Value | Insurance Carried | Insurance Required 80% | Amount of Loss | Policy Pays | Insured Pays |
|---|---|---|---|---|---|
| | | | | | |
| $100,000 | $60,000 | $80,000 | $10,000 | $7,500* | $2,500 |

The above is merely to show how co-insurance works.  If any time you should substantially increase building values or contents values, you should notify us immediately to increase your coverage to avoid any co-insurance penalties.

*Any applicable deductible would be subtracted from this amount and the amount the insured pays is increased by the amount of the deductible.

_____

**JMK5 Mall of The Mainland LLC**

_____

**Date**

## Important

To properly protect your business from financial loss, your insurance agent must be kept up-to-date on your business activities.

While your policies may be very broad in scope and provide limited automatic coverage in certain areas, we can serve you best if you will keep us informed about anticipated changes in your operations.

For example:

- Changes in Locations or Company Name
- Newly acquired / Newly Formed Entities Including Joint Ventures
- Foreign Exposures
- New Product Lines
- New Contracts or Leases
- Vehicles Changes
- Acquisition or Disposal of Real or Personal Property
- Vacancy or Occupancy of Any Insured Building

This is a summary of coverages and amounts that have been prepared for you as a reference for your consideration.

- It is intended to provide only a general description of coverages afforded under your insurance policy and is not a statement of contract
- In the event of a possible variance between the contents of this summary and the terms and conditions of the policy, the policy will control.

We appreciate your time and cooperation and look forward to providing the commercial insurance coverage(s) your firm deserves.

# Coverage Checklist

## Property

| Basic | Broad | Special | Theft | *RCV | | | |
|:---:|:---:|:---:|:---:|:---:|---|:---:|---|
| ☐ | ☐ | ☒ | ☒ | ☒ | Building | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Business Personal Property | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Property of Others (Bailees) | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Business Income | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Extra Expense | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Loss of Rents | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Scheduled Glass | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Computer Equipment | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Valuable Papers | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Spoilage | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Accounts Receivable | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Awnings | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Fences | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Signs | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | Building Ordinance Law | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | | | |

## Automobile

| | | |
|:---:|---|---|
| ☐ | Liability | |
| ☐ | Physical Damage | |
| ☐ | Garage | |
| ☐ | Garage Keepers | |
| ☐ | Hired & Non-Owned Liability | |
| ☐ | Hired Auto Physical Damage | |
| ☐ | Phones/2-Way Radios | |
| ☐ | | |
| ☐ | | |

## Workers' Compensation

| | |
|:---:|---|
| ☐ | Statutory |
| ☐ | USL&H |
| ☐ | Maritime |
| ☐ | Other States (Limited) |
| ☐ | |
| ☐ | |

## Windstorm

| | *RCV | | |
|:---:|:---:|---|---|
| ☐ | ☐ | Building | |
| ☐ | ☐ | Business Personal Property | |
| ☐ | ☐ | Increased Cost of Construction | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |

## Excess/Umbrella

| | |
|:---:|---|
| ☐ | Excess |
| ☐ | Umbrella |

## Equipment Breakdown

| | |
|:---:|---|
| ☐ | Boiler & Machinery |

## Flood

| | |
|:---:|---|
| ☐ | Building |
| ☐ | Business Personal Property |
| ☐ | |

## Crime

| | |
|:---:|---|
| ☐ | Employee Dishonesty |
| ☐ | Robbery & Burglary |
| ☐ | |

## General Liability

| | |
|:---:|---|
| ☐ | Premises |
| ☐ | Products & Completed Operations |
| ☐ | Liquor Liability |
| ☐ | Personal Injury |
| ☐ | Employee Benefits Liability |
| ☐ | Employment Practices Liability |
| ☐ | Fiduciary Responsibility Coverage |
| ☐ | Professional Liability |
| ☐ | Wrap Up Programs |
| ☐ | Pollution Liability |
| ☐ | Foreign Liability |
| ☐ | Cyber |
| ☐ | |
| ☐ | |

## Inland Marine

| | |
|:---:|---|
| ☐ | Mobile Equipment |
| ☐ | Builder's Risk |
| ☐ | Installation Floater |
| ☐ | Property in Transit |
| ☐ | |

## Life & Health

| Group | Individual | |
|:---:|:---:|---|
| ☐ | ☐ | Medical |
| ☐ | ☐ | Dental |
| ☐ | ☐ | Life |

## Surety Bonding

| | |
|:---:|---|
| ☐ | Contract Bonds |
| ☐ | Commercial Bonds |

**IMPORTANT:  This checklist is provided to inform that other coverages are available.  This form is not a part of the policy and is not to be substituted for the policy.  In the event of any discrepancy between the policy and this form, the policy takes precedence.  This form does not list all coverages that are available but is provided as a courtesy so that you may reflect on the coverages which are available and advise our agency if you wish us to add any additional coverage, additional limits, additional perils or policies to your insurance program.**

**\*RCV (Replacement Cost Coverage)**

## Disclosure Statement

### Coverage

This presentation is designed to give you an overview of the insurance coverage we recommend for your company. It is meant only as a general understanding of your insurance needs and should not be construed as a legal interpretation of the insurance policies that will be written for you. Please refer to your specific insurance contracts for details on coverage(s), conditions, and exclusions.

### Service Fees and Reimbursements

Our agency may provide certain services that you request or that are necessary to place or maintain your insurance. Sections 550.001, 4005.003 and 4005.004 of the Texas Insurance Code authorize us to charge a fee for services if we obtain your written consent prior to providing the service or incurring the expense. The fee may be charged in addition to any commission we may receive from the insurance company providing the insurance coverage. In some cases where we charge a fee and also receive compensation from an insurer or other third party, we are required to disclose this fact to you. The purpose of this Disclosure Statement is to comply with these requirements. You agree to pay the amount indicated as compensation for the services provided or expenses incurred. We may charge you an agent fee in addition to commission or an agent fee in lieu of commission.

We could also receive a contingent commission, profit sharing or non-financial reward, computed annually and based on the amount of premium and profitability of all the insurance business we place through the insurer. This compensation is not guaranteed.

# How To Make A Payment Using ePay Policy

1. Click on the following link, https://texasfirst.epayPolicy.com/
2. Enter Payer
3. Enter Email Address
4. Answer Question:
   a. Do you have an Account Number? Select "Yes" and Input account Number **36693**
   b. Input Zip Code **77546**
5. Selection an Invoice if available. If no Invoice is available, click Add and manually enter payment amount. In the Comments box, input Renewal or New Business
   a. EX: For a Proposal, you will manually need to add the amount indicated on the invoice of the proposal.
6. Notes – In this box, please enter the Named Insured that appears on your Policy/Proposal
7. Payment Details – Select Credit Card or ACH – Go to Step 7 for Credit Card Payment or Step 8 for ACH payment
8. Payment Information – Credit Card
   a) Enter Full Name on Card
   b) Enter Credit Card Number
   c) Enter Expiration Month
   d) Enter Expiration Year
   e) Enter CVV
   f) Enter Billing Postal (Zip) Code
   g) Click "Save my card for future use" (Optional)
   h) Do not click "Enable AutoPay for Future Invoices"
9. Payment Information – ACH
   a) Enter Bank Account Holder (Name on Bank Account)
   b) Enter Bank Routing Number
   c) Enter Bank Account Number
   d) Re-Enter Bank Account Number
   e) Click "Save my bank account for future use" (Optional)
   f) Do not click "Enable AutoPay for Future Invoices "
10. Click the "I'm not a Robot" box and select the request pictures
11. Click Complete Payment

**Please be advised that coverage will not be considered bound until we receive the payment confirmation receipt in our office, and you have been notified by a licensed agent.

## InsurLink

Want to be able to access your insurance information online 24/7?
Ask your agent to set you up on InsurLink

Here are the features included with InsurLink:
- View Policy Detail
- View, Download, and Email Auto ID Cards Directly from InsurLink
- View Claims
- View Documents Such as Policies, Audits, and Endorsements
- Add Certificate Holders as well as View, Download, and Email Certificates Directly from InsurLink





Once invited You will receive an email from mail@clientportal.vertafore.com with the invitation to set up your password, accept the terms and conditions, and then login.

Already on InsurLink?
Visit us online at https://www.texasfirst.insurance/ and click on the Client Portal button.

🔒 CLIENT PORTAL

You can also download the app through iOS/Android.

## Flood Rejection

I, JMK5 Mall of The Mainland LLC, am aware that the proposal dated, July 9, 2026, includes a quote for Flood at 10000 Emmett F Lowry Expressway, Texas City, Texas 77591

I am fully aware that by declining this coverage, no coverage will exist for any property losses caused from Flood.

My agent has fully explained the above to me and in no way is my agent recommending that I do not carry this coverage.

By signing this form, I acknowledge there is no Flood Coverage at 10000 Emmett F Lowry Expressway, Texas City, Texas 77591 and no losses caused by Flood will be covered.

Insured's Signature: _____

Title: _____

Date Signed: _____

## Client Authorization To Bind Coverage

After careful consideration of your proposal, dated July 9, 2026, we accept your insurance program subject to the following exceptions and/or changes: (leave blank, if none)

It is understood this proposal provides only a summary of the policies and that the policies are the sole source for coverage, conditions and exclusions.  This proposal is based on information provided by you.  The coverage(s) proposed are only for those exposures identified.  You may have other exposures that we have not had the opportunity to ask about or identify.

We/I confirm the values, schedules and other data contained in the proposal are from our/my records and acknowledge it is our responsibility to see that they are maintained accurately.  We/I further acknowledge that the policies contained in this proposal may be subject to final audit and that the final premium, subject to certain minimum premiums, on the policies could be subject to change based upon the final audited exposures (such as payrolls, sales, receipts, etc.).  We/I have read and acknowledge the disclosure statements contained in this proposal.

General Liability, Automobile and Workers' Compensation premiums proposed may be subject to change based upon experience modification as per rules and regulations of the Texas Department of Insurance.

**We understand that Texas First Insurance will not notify us of any past due notices or notices of cancellation.**

_____

**JMK5 Mall of The Mainland LLC**

_____

**Date**



**7900 Emmett F Lowry Expressway**
**Texas City, TX 77591**

**Invoice**

**JMK5 Mall of The Mainland LLC**                                                          **July 9, 2026**
**308 W. Parkwood Ave**
**Friendswood, TX 77546**

**Account #36693**

| Effective | Expires | Policy | Description | Amount |
|---|---|---|---|---|
| TBD | One Year | TBD | Commercial Property | $ 188,748.51 |
|  |  |  | Total Amount Due | $ 188,748.51 |

To pay by Credit Card or ACH please click on link below in:

https://Texasfirst.epaypolicy.com