**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 26-80397** |
| **JMK5 MALL OF THE MAINLAND, LLC** | § | |
| | § | **CHAPTER 11** |
| **Debtor** | § | |

**WITNESS AND EXHIBIT LIST**

| Main Case No: 26-80397 | Name of Debtor: JMK5 Mall of the Mainland LLC |
|---|---|
| | |
| Witnesses: | Judge: Alfredo R Perez |
| Jarome Karam | Courtroom Deputy: Garrett Cole |
| David Wallace | Hearing Date: July10, 2026 |
| | Hearing Time: 11:00 am |
| Any party called as a Witness by any party | Attorney's Name: Richard L Fuqua |
| Rebuttal/impeachment witness as necessary | Attorney's Phone: 713-960-0277 |
| **Nature of Proceeding:** Hearing on U.S. Trustee's Expedited Motion to Convert Case to Chapter 7 [ECF No. 19]. | |

**EXHIBITS**

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

FUQUA& ASSOCIATES, PC
BY:    */s/ Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 075522300
8558 Katy Freeway, Suite 119
Houston, TX 77024
(713) 960-0277 Telephone
(713) 960-1064 Facsimile
Fuqua@fuqualegal.com

COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that on July 9, 2026, a copy of the above and foregoing instrument was forwarded by ECF, email and/or U.S. mail, first class postage prepaid to the parties listed below; and via ECF to all parties registered to receive notice through the Court's ECF system.

Kevin Epstein
Vianey Garza
United States Trustee
515 Rusk, Suite 3516
Houston, Texas 77002
Vianey.garza@usdoj.gov